97 P.3d 1012

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| State v. Aeto | 25297 | 09/02/2004 | Denied | 105 Hawai'i 257, 96 P.3d 586 |
| State v. Jim | 25513 | 09/02/2004 | Denied | 105 Hawai'i 319, 97 P.3d 395 |